United States District Court
Southern District of Texas
**ENTERED**
March 24, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:01-CR-288-1 |
| | § | (CIVIL ACTION NO. 16-CV-96) |
| BRIAN MATTHEW STARR | § | |

## ORDER

Brian Matthew Starr filed a motion for appointment of counsel to assist him with a motion to vacate, set aside or correct judgment pursuant to 28 U.S.C. § 2255 based upon *Johnson v. United* States, 136 S.Ct. 2551 (2015). D.E. 85.

A § 2255 movant is not automatically entitled to appointed counsel. *See United States v. Vasquez*, 7 F.3d 81, 83 (5th Cir. 1993); *see also Pennsylvania v. Finley*, 481 U.S. 551, 555, 107 S.Ct. 1990 (1987) ("We have never held that prisoners have a constitutional right to counsel when mounting collateral attacks upon their convictions. Our cases establish that the right to appointed counsel extends to the first appeal of right, and no further.") (internal citation omitted).

Starr's motion (D.E. 85) for appointment of counsel is DENIED without prejudice. His motion to vacate, set aside or correct judgment pursuant to 28 U.S.C. § 2255 (D.E. 84) is ABATED for 90 days pending the Supreme Court's decision in *Welch v. United States*, No. 14-15733, which is expected to resolve the current circuit split on the retroactivity of *Johnson*.

SIGNED and ORDERED this 24th day of March, 2016.

Janis Graham Jack
Senior United States District Judge